July 10, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

CHARLES HEBERT AND TREASA ANTHONY, Appellant

NO. 14-14-00430-CV             V.

JJT CONSTRUCTION, JJT CONSTRUCTION INC., EMMANUEL D.
WATSON D/B/A JJT CONSTRUCTION, GULF COAST CLAIMS SERVICE,
WILLIAM "BILL" BROOKS & UNDERWRITERS AT LLOYDS, LONDON,
Appellees

_____

Today the Court heard appellants' petition for permission to appeal the order signed by the court below on May 13, 2014. Having considered the application and found it lacked merit, we **DENY** permission and order the attempted appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, Charles Hebert and Treasa Anthony, jointly and severally.

We further order this decision certified below for observance.